■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PEDROZA, Appellant. [704 NYS2d 455] —Judgment, Supreme Court, New York County (Michael Obus, J.), rendered May 16, 1996, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

Read as a whole (see, People v Canty, 60 NY2d 830), the

court's response to an inquiry from the deliberating jury with regard to sentencing properly reminded the jury not to consider punishment and could not have caused any prejudice to defendant (*compare, People v Santini*, 221 App Div 139, 142, *affd* 246 NY2d 612). Concur—Williams, J. P., Tom, Saxe, Buckley and Friedman. JJ.